IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1026 (RGA) |
| | ) | |
| K12 INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant K12's First Set of Interrogatories to Plaintiff ipLearn (Nos. 1-12)*; and (2) *Defendant K12's First Set of Requests for Production to Plaintiff ipLearn (Nos. 1-92)* were caused to be served on August 14, 2012 upon the following in the manner indicated:

Arthur G. Connolly, III, Esquire                                    *VIA ELECTRONIC MAIL*
Kristen Healey Cramer, Esquire                                      *and HAND DELIVERY*
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801

Marc A. Fenster, Esquire                                            *VIA ELECTRONIC MAIL*
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                */s/ Stephen Kraftschik*

                                                Jack B. Blumenfeld (#1014)
                                                Stephen Kraftschik (#5623)
                                                1201 North Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899
                                                (302) 658-9200
                                                jblumenfeld@mnat.com
                                                *Attorneys for Defendant K12 Inc.*

OF COUNSEL:

Steven Cherny
Joseph A. Loy
Martin A. Galese
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

August 14, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 14, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Arthur G. Connolly, III, Esquire<br>Kristen Healey Cramer, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031 | *VIA ELECTRONIC MAIL* |

*/s/ Stephen Kraftschik*

Stephen Kraftschik (#5623)