IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IPLEARN, LLC,
      Plaintiff,

v.

K12 INC.,
      Defendant.

Civil Action No. 11-1026-RGA

ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, K12's Motion for Summary Judgment of Invalidity, Non-Infringement, and No Pre-Suit Damages. (D.I. 173) is **GRANTED IN PART**.

Entered this 17th day of December, 2014.

United States District Judge