IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1026 (RGA) |
| ) | |
| K12 INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT SUBMISSION REGARDING THE COURT'S ORDER OF DECEMBER 17, 2014**

The Court's Memorandum Opinion and Order, dated December 17, 2014, granted in part defendant K12 Inc.'s motion for summary judgment of invalidity, non-infringement, and no pre-suit damages, concluding that the asserted claims of U.S. Patent No. 6,688,888 are invalid for failing to claim patent-eligible subject matter pursuant to 35 U.S.C. § 101.  (D.I. 299-300). Although trial in this matter is currently scheduled to begin on January 12, 2015 (D.I. 145), the parties agree that, pursuant to the Court's December 17th Order, no live claims or counterclaims remain between the parties to be tried.[1]  The parties are currently negotiating a dismissal of the case, and, accordingly, jointly request that the Pre-Trial Conference, scheduled for December 19, 2014, *Daubert* Hearing, scheduled for December 22, 2014, and Trial, scheduled for January 12, 2015, be taken off calendar.  The parties expect to submit a proposed dismissal of this case by January 2, 2015, unless a further extension is requested and granted by the Court.

---

[1] By filing the joint submission, neither party intends to waive any rights it may have in the undecided pending motions, nor its rights to appeal.

| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Arthur G. Connolly III* | */s/ Jack B. Blumenfeld* |
| Arthur G. Connolly III (#2667) | Jack B. Blumenfeld (#1014) |
| Ryan P. Newell (#4744) | Michael J. Flynn (#5333) |
| The Brandywine Building | 1201 North Market Street |
| 1000 West Street, Suite 1400 | P.O. Box 1347 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 757-7300 | (302) 658-9200 |
| aconnolly@connollygallagher.com | jblumenfeld@mnat.com |
| rnewell@connollygallagher.com | mflynn@mnat.com |
| *Attorneys for Plaintiff IpLearn, LLC* | *Attorneys for Defendant, K12 Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Marc A. Fenster | Steven Cherny |
| Benjamin T. Wang | Joseph A. Loy |
| RUSS AUGUST & KABAT | David N. Draper |
| 12424 Wilshire Boulevard | KIRKLAND & ELLIS LLP |
| 12th Floor | 601 Lexington Avenue |
| Los Angeles, CA 90025-1031 | New York, NY 10022 |
| (310) 826-7474 (phone) | (212) 446-4800 |

December 18, 2014